[No. 28750-8-I.  Division One.  July 13, 1992.]

R/L ASSOCIATES, INC., *Appellant*, v. KING COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-25088-8, Carol A. Schapira, J., entered May 28, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Scholfield, J.

[No. 27469-4-I.  Division One.  July 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. GREG HUFFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-04697-6, Susan R. Agid, J., entered November 15, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Scholfield, J.

[No. 27579-8-I.  Division One.  July 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN CAL SMITH, *Defendant*, MELVIN LEWIS SKINNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-01724-5, LeRoy McCullough, J., entered December 31, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Scholfield, J.